No. 16,917.

STEFFAN ET AL. *v.* DEBERARD.

(251 P. [2d] 434)

Decided December 8, 1952.  Rehearing denied December 26, 1952.

*Per Curiam.*

Judgment affirmed in department without written opinion, MR. CHIEF JUSTICE JACKSON, MR. JUSTICE STONE, MR. JUSTICE ALTER, and MR. JUSTICE MOORE, participating.

Mr. LOWELL WHITE, Mr. WALTER A. STEELE, for plaintiffs in error.

Mr. WALTER F. SCHERER, for defendant in error.